NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARLOS RAMON SANTIAGO,      )
                       )
      Appellant,        )
                       )
v.                   )      Case No. 2D18-391
                       )
STATE OF FLORIDA,         )
                       )
      Appellee.         )
_____ )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Joseph C. Fuller, Jr.,
Judge.


PER CURIAM.


        Affirmed.


NORTHCUTT, KHOUZAM, and ATKINSON, JJ., Concur.